IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BP PRODUCTS NORTH AMERICA INC., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-1237 |
| ORRIS FUEL, INC.; CHARLES ORRIS; and JONNAN KLEBUSCH f/k/a JONNAN K. ORRIS, | ) Hon. Gary L. Lancaster<br>) Magistrate Judge Amy Reynolds Hay |
| Defendants. | ) **ELECTRONICALLY FILED** |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, BP Products North America Inc., and defendant, Jonnan Klebusch f/k/a Jonnan K. Orris, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate to the voluntary dismissal, without prejudice, of the above-captioned action as to defendant Jonnan Klebusch.

Respectfully submitted,

_____
Joel M. Helmrich
PA I.D. # 30733
Andrew L. Noble
Pa. I.D. # 90874

MEYER UNKOVIC & SCOTT LLP
1300 Oliver Building
Pittsburgh, PA 15222

**Attorneys for Plaintiff**

Dated: March 24, 2006

_____
Michael J. Seymour
FEZCO & SEYMOUR
3110 Grant Street
Suite 520
Pittsburgh, PA 15219

**Attorneys for Defendant, Jonnan Klebusch.**

SO ORDERED, this 27th day of March, 2006.

_____
Hon. Gary L. Lancaster, U.S. District Judge